(Rev 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
для the
## Western District of New York



Derrick Anderson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Daniel J. Tarantino Esq
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

**24 CV 6482-FPG**

JURY TRIAL: Yes___ No___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

(Rev 01/21) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

     Name                              _____
     All other names by which
     you have been known:              _____
     ID Number                         _____
     Current Institution               _____
     Address                           _____
                                       _____
                                       City      State      Zip Code

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

     Defendant No. 1
       Name                            DANIEL J. TARANTINO ESQ
       Job or Title (if known)         ATTORNEY AT LAW
       Shield Number                   43 COURT ST.
       Employer                        BUFFALO, N.Y. 14202
       Address
                                       _____
                                       City      State      Zip Code
                                       [✓] Individual capacity   [ ] Official capacity

     Defendant No. 2
       Name                            _____
       Job or Title (if known)         _____
       Shield Number                   _____
       Employer                        _____
       Address                         _____
                                       _____
                                       City      State      Zip Code
                                       [ ] Individual capacity   [ ] Official capacity

Page 2 of 11

Defendant No. 3
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

City _____ State _____ Zip Code

[ ] Individual capacity  [ ] Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

City _____ State _____ Zip Code

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

RETALIATION, FIRST AND EIGHTH AMENDMENTS.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

CONTINUE ON NEXT PAGE.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

VISITING ROOM 7-5-24, ERIE COUNTY HOLDING CENTER

Page 4 of 11

(1) ON ~~MAY~~ July 5th, 2024, Mr. DANIEL J. TARANTINO CAME TO THE JAIL AS A ATTORNEY, FOR AN ATTORNEY VISIT WITH ME, AND HANDED ME THE ATTACHED FRAUDULENT PETITION, CONTAINING FALSE INFORMATION, NOTARIZED by himself, while he RETALIATED AGAINST ME TELLING ME, "Your going to GET EVICTED NOW for SURE because WE'RE USING THE NAME DERRICK ANDERSON ON THIS PETITION INSTEAD of John DOE. Mr. TARANTINO WAS hoping that the Judge ordered A default judgement to EVICT ME for NOT Showing up because HE KNEW HE WAS NOT SUPPOSE to come SERVE ME THE PETITION PERSONALLY because ME HAVING A COPY OF THE PETITION MEANS nothing to the STAFF HERE AT THE JAIL. THE CLERK of the COURT HAS to SUBMIT AN order to produce ME physically present IN COURT THE day of July 11, 2024. THE Petition HE brought ME doesn't ALLOW ME To produce MYSELF TO COURT.

(2) Mr. TARANTINO Retaliated against ME for CONTACTING the INSPECTORS

About the numerous Code Violations at the property located at 152 Mulberry St. Buffalo, N.Y. 14204. Mr. Tarantino retaliated against me because I refused to agree to Mr. Michael J. Herberger's deal for me to agree to leave the house I was born in, in ninety days (90 days). Mr. Tarantino is retaliating against me because i filed suit concerning the fraudulent transfer of the property at 152 Mulberry St. Buffalo, N.Y. 14204 with Joanne Anderson, deceased wife of Harvey Anderson Sr. Mr. Tarantino retaliated against me because i exposed the fraudulent closings sale of the property located at 152 Mulberry St. Buffalo, N.Y. for $30,000 to defendants which Mr. Tarantino closed on.

#149
Derrick Anderson

C. What date and approximate time did the events giving rise to your claim(s) occur?

Jul-15th, 2024 10:00AM

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

defendant Retaliated against by telling me, "you going to get evicted for sure now because im using Dennis Anderson instead of John Doe", when he came to visit me to serve a fraudulent petition containing false information.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive

Emotional distress, irreplaceable harm, homelessness, mental health counseling.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$210,000 compensation, and $410,000 punitive. $6000 attorney fees. Preliminary and permanent injunctions. Stay eviction.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☒ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   _____

   _____

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   defendant doesn't work here.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Not a Jail Matter

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-25-24

Signature of Plaintiff: Demmek Anderson
Printed Name of Plaintiff: DEMMECS ANDERSON
Prison Identification #: 149
Prison Address: ERIE County Holding Center, Buffalo, N.Y. 14202

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:



# Corrections and Community Supervision

**KATHY HOCHUL**
Governor

**DANIEL F MARTUSCELLO III**
Commissioner

July 18, 2024

Derrick Anderson # 149
Erie County Holding Center
40 Delaware Avenue
Buffalo, NY  14202-3999

Re:  FOIL Log No.  24-07-218
(Location in 2015)

Dear D Anderson::

This is in response to your letter requesting records under the New York State Freedom of Information Law.

A review has determined you were housed at Southport Correctional Facility in 2015.

If you do not agree with this decision you may appeal by contacting the Office of the Counsel, Department of Corrections and Community Supervision, State Campus, Building #4, 1220 Washington Avenue, Albany, New York 12226, in writing.

Sincerely,

*Records Access Officer*
FOIL Unit

RAO:19

STATE OF NEW YORK
(CITY)/DISTRICT/TOWN/VILLAGE COURT (1) Buffalo
COUNTY OF (2) Erie

(4) Ifran Properties, Inc.
474 Elmwood Avenue, Suite 202
Buffalo, NY 14202
Petitioner(s)/Landlord(s)

(3) Index/Docket No. 2772

-against-

Derrick Anderson & All Others
152 Mulberry Street
Buffalo, NY 14204
Respondent(s)/Tenant(s)

**NOTICE OF PETITION
HOLDOVER PROCEEDING**

BUFFALO CITY COURT
COURT DATE

9:30

TIME: BUFFALO CITY COURT, 50 DELAWARE, FL 7,
PART 15

To the Respondents:

PLEASE TAKE NOTICE that a hearing at which you must appear will be held at the Buffalo City Court, 50 Delaware Avenue, Floor 7 - Part 15, Buffalo, NY 14202
(6) City/District/Town/Village Court

County of (7) Erie on the (8) ___ day of July 2024 at 9:30 am/pm.
upon the annexed petition which you 9:30am which requests a final judgment evicting you from, and awarding to the petitioner the possession of premises designated and described as follows
BUFFALO CITY COURT, 50 DELAWARE, FL 7,

152 Mulberry Street, Buffalo, NY 14204
(9) Street Address including Zip Code

the all rooms on the all Floor(s) Apartment No N/A in the County of
(10) Erie and such other and further relief as is demanded in the petition

TAKE NOTICE that demand also is made in the petition for judgment against you for the sum of
(11) $1500.00 with interest thereon from (12) May 1st 2024

TAKE NOTICE that your answer may set forth any defense or counterclaim you may have against the petitioner

TAKE NOTICE also that if you shall fail at such time to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action

TAKE NOTICE that your failure to appear and answer may result in final judgment by default for the petitioner evicting you from the premises and ordering you to pay the amount demanded in the petition

DATED: the 4th day of July 20 24

_____
Judge/Clerk/Attorney

Michael Herberger, Esq.
474 Elmwood Avenue
Suite 202
Buffalo, NY 14222
E: mjherberger@gmail.com

STATE OF NEW YORK
CITY/DISTRICT/TOWN/VILLAGE COURT (1) __Buffalo__
COUNTY OF (2) __Erie__

(4) __Ifran Properties, Inc.__
474 Elmwood Ave., Suite 202
Buffalo, New York 14222

(3) Index/Docket No. _____

Petitioner(s)/Landlord(s);

-against-

**HOLDOVER PETITION TO RECOVER POSSESSION OF REAL PROPERTY**

(5) __Derrick Anderson & All Others__
__152 Mulberry Street__
__Buffalo, NY 14204__

Respondent(s)/Tenant(s);

THE PETITION OF (6) __Ifran Properties Inc.__ owner and landlord of the premises allege that:

1. The undersigned is the owner/landlord of the premises claimed herein and the petitioner in this action

2. Respondent(s) (7) __Derrick Anderson & All Others__ is/are the Tenant(s) of said premises who entered in possession thereof under rental agreement made on or about the (8) __1st__ day of __March__ 20__15__ and ending on __April 30__ 20__24__ at the rental of (10) __$500.00__ for each month payable on the (11) __first__ day of each month. Respondent(s)

(12) __N/A__ is/are the Under-tenant(s) of the aforesaid respondent Tenant(s)

3. The premises are described as follows (13) __152 Mulberry Street, Buffalo, NY 14204__ which is situated within the territorial jurisdiction of this court

4. The term for which said premises were rented by the respondent(s) expired on __April 30th__ 20__24__ as a result of:

(15)

☒ The agreed-upon time period of the verbal/written agreement has ended

☒ The agreed-upon time period of the lease has ended

5. The respondent(s) continue in possession of the premises without permission of the landlord/petitioner after the expiration or termination of said term

6. (16)

☐ The landlord is in full compliance with the Emergency Tenant(s) Protection Act of 1974 (ETPA) as amended, and the rent demanded is not greater than the maximum rent permitted by law

☐ The premises are subject to rent control and the rent demanded herein does not exceed the maximum rent prescribed by the New York State Division of Housing and Community Renewal (DHCR)

☐ The premises are presently subject to ETPA, as amended, because _____

and the owner of the premises: has registered rents and services with the DHCR pursuant to ETPA and the tenant(s) Protection Regulations promulgated thereunder; is in compliance with ETPA; and the rent demanded herein does not exceed the legal regulated rent permitted the owner under said Law, Regulations, and appropriate Rent Guidelines Board Orders.

(16 continued)

The apartment is not subject to rent control by reason of:

- ☐ The premises are located in a community which has not adopted ETPA.
- ☐ The building in which the premises are located was constructed after December 31,1973.
- ☒ The building in which the premises are located has less than 6 units.

7. (17)
   - ☒ Petitioner lacks written information or notice of any address where the respondent/tenant(s) resides, is employed, has a place of business, has its principal office or place of business in New York State, other than the address of the property sought to be recovered.

8. (18)
   - ☒ At least one month before the expiration of the term the respondent tenant(s) was served in the manner provided for by law with a notice that the landlord elected to terminate the tenancy and that unless the tenant(s) removed from said premises on the day on which said term expired the landlord would commence summary proceedings under the statute to remove tenant(s) therefrom.

OR

   - ☐ The respondent/tenant(s) was given notice in accordance with the terms of the lease that the landlord elected to terminate said tenancy

(19)

The property herein sought to be recovered is ☒ is not ☐ the residence of the tenant(s) and/or under-tenant(s) herein.

Petitioner requests final judgment awarding possession of the premises to the petitioner/landlord; issuance of a warrant to remove respondents from possession thereof; judgment for rent in arrears against respondent/tenant(s) for (20) $ 500.00 fair value of use and occupancy; interest from (21) May 1st, 2024, costs and disbursements herein.

Dated: (22) July 4th, 2024

Petitioner: (23) _____(Signature)_____ / Michael J. Herberger, ESQ. (Print or Type Name)

STATE OF NEW YORK, COUNTY OF (24) ERIE _____ ss.: The undersigned

(25)
- ☐ Petitioner
- ☒ Attorney for petitioner (petitioner is not within the county in which deponent's office is located)
- ☐ Agent for petitioner

Being duly sworn states: That deponent has *read/heard* the petition, and the contents of the petition are true to deponent's own knowledge except as to those matters which are alleged on information and belief, and as to them deponent believes them to be true

(26) _____(Signature)_____
Michael J. Herberger, Esq.
(Print or Type Name)
474 Elmwood Ave., Suite 202
Buffalo, NY 14222
P: (716) 870-0565  F: (716) 881-2144
E: mjh@michaeljherbergeresq.com

LT-H-RP (9-07)

(27) Sworn to before me this 4th day of July, 2024
_____ Notary Public

Daniel J. Tarantino
Notary Public, State of New York
Reg. #02TA6379477
Qualified in Erie County
My Commission Expires August 20, 20 26

Page 2 of 2

OPENGOVNY

Frank T. Minisci, CPA
5.0       (6?)
Frank T. Minisci CPA - Certified Public Accountant

6470 Main Street Suite 1, Williamsville

_____
Website
_____

New York State Corporation Entity

# Ifran Properties Inc.

287 May Street, Buffalo, NY 14211

Frank T. Minisci, CPA
5.0       5*
Frank T. Minisci CPA - Certified Public Accountant

6470 Main Street Suite 1, Williamsville

_____
Website
_____

## Overview

IFRAN PROPERTIES INC (DOS #6806814) is a *Domestic Business Corporation* in *Buffalo* registered with the New York State Department of State (NYSDOS). The business entity was initially filed on April 24, 2023. The current entity status is *Active* (current). The registered business location is at 287 May Street, Buffalo, NY 14211. The DOS process contact is *Ifran Properties Inc.*.

## Business Entity Information

| | |
|---|---|
| DOS ID | 6806814 |
| Current Entity Name | IFRAN PROPERTIES INC |
| County | Erie |
| Jurisdiction | New York, United States |
| Law Section | BUSINESS CORPORATION - 402 BUSINESS CORPORATION LAW - BUSINESS CORPORATION LAW |

Old Stocks   Stock Type: NO PAR VALUE Number of Shares: 200, Par Value: 0

New Stocks   Stock Type: NO PAR VALUE Number of Shares: 200, Par Value: 0

### Entity Name History

| Filing Date | Entity Name | Filing Number | Type | Status |
|---|---|---|---|---|
| 2023-04-24 | IFRAN PROPERTIES INC | 230424003738 | Actual | Active |

### Entity Address History

| Filing Date | Address Type | Address Name | Address | Filing Number |
|---|---|---|---|---|
| 2023-04-24 | | MD A ZAHER | 237 May Street, Buffalo, NY 14211 | 230424003738 |
| 2023-04-24 | Service of Process | IFRAN PROPERTIES INC. | 287 May Street, Buffalo, NY 14211 | 230424003738 |



Frank T. Minisci, CPA

Frank T. Minisci, CPA - Certified Public Accountant

5470 Main Street Suite 1, Williamsville

Website

## Location Information

Street Address: 287 MAY STREET

City: BUFFALO

State: NY

Zip Code: 14211

Country: United States

Google Maps Platform rejected your request. This IP, site or mobile application is not authorized to use this API key. Request received from IP address 141.71.77.243, with referer: https://opengovny.com/

### Corporations in the same location

| Corporation Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|

## Similar Entities

### Corporations with similar names

| Corporation Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Dr Man Properties LLC | 91 Talamora Trail, Brockport, NY 14420 | | 2021-04-23 |
| Aljo Properties LLC | 444 Mile Square Rd, Yonkers, NY 10701 | Admir Kuc | 2023-01-03 |
| Moa Properties Holding | 170-09 89th Ave Apt 1, Jamaica, NY 11432 | | 2015-11-16 |
| Vgo Properties LLC | 16 moore avenue, North Bangor, NY 12966 | | 2021-04-20 |
| H D Properties USA LLC | 29 Stahlman Ln, Patchogue, NY 11772 | | 2013-07-25 |
| As Ny Properties LLC | 74 Lasalle Dr, Yonkers, NY 10710 | | 2013-07-16 |
| S J Properties LLC | 18 Cragmere Oval, New City, NY 10956 | | 2023-01-09 |
| 497 BH Properties LLC | 1400 Ave Z Suite 404, Brooklyn, NY 11235 | | 2013-07-19 |
| Ccj Properties LLC | 888 Old Pines Trail, Penn Yan, NY 14527 | | 2023-01-18 |
| Properties R'e LLC | 121 S Clinton Ave, Bay Shore, NY 11706 | Ryan Thomas Eith | 2023-01-10 |

Improve Information

liability companies and limited partnerships must file a formation document with the New York State Department of State in order to do business within the State of New York. Each corporate, limited liability company or limited partnership name must be unique.

Out-of-state corporations which choose to do business in New York State must file with the Department of State an application for authority. If the entity name is not distinguishable from the name of all other entities on file with the Department of State, the corporation must use a fictitious name which, likewise, must be distinguishable from the name of all other entities on file with the Department of State. With some exceptions, each business corporation must submit a statement every two years verifying their service of process address and identifying the name and address of the chief executive officer of the corporation and the address of the principal executive office of the corporation. Limited liability companies must submit a statement every two years that verifies the service of process address.

This Corporation and Business Entity Database includes business and not for profit corporations, limited partnerships, limited liability companies, limited liability partnerships and other miscellaneous businesses. The database also includes assumed name filings for corporations, limited liability companies and limited partnerships. Each business entity is registered with DOS ID, business legal name, entity type, filing date, registered agent name and address, officer name and address, office address, etc.

To give New Yorkers the access they deserve to government data and information, Governor Andrew M. Cuomo launched the Open NY initiative in March 2013 and signed Executive Order 95. It directs state agencies to identify, catalog, and publish their data on the state's open data website administered by the Office of Information Technology Services (ITS). Open NY increases transparency, improves government performance, empowers New Yorkers to participate in government, and encourages research and economic opportunities statewide